# IN THE SUPREME COURT OF TEXAS

### Misc. Docket No. 14 -9088

## DENIAL OF REQUEST TO TRANSFER CASES FROM THE SEVENTH COURT OF APPEALS

The Supreme Court denies the request to transfer the following cases from the Seventh Court of Appeals District, Amarillo, Texas:

Case Numbers: 07-13-00051-CV and 07-13-00401-CV
*In Re R Wayne Johnson, Relator*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this **25** day of April, 2014

BLAKE HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS